**Order entered December 16, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01312-CR
### No. 05-15-01313-CR

## EX PARTE ROBERT ANTHONY HUNT

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause Nos. WX15-90038-K, WX15-90039-K**

## ORDER

In a December 15, 2015 motion to extend the time to file its brief, the State has requested a thirty-day extension, citing counsel's workload on non-accelerated appeals as the ground for extension. The present cases are accelerated appeals set for submission on February 1, 2016.

Accordingly, we **GRANT IN PART** the State's motion. We **EXTEND** the time to file the State's brief until **January 8, 2016**. If the State does not file its brief by January 8, 2016, the cases will be submitted without the State's brief.

/s/    MOLLY FRANCIS
        JUSTICE